MALCOLM McCRAIGE, Appellee. v. OTTO GUESEN-HOFFER et al., Appellants.    (Civil No. 217.)

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.

. E. R. Monk, for Appellants.

James Reilly, for Appellee.

September 29, 1887.    Dismissed.

# REPORTS OF CASES

## DETERMINED IN

# THE SUPREME COURT

### OF THE

# Territory of Arizona,

## During the Year 1888.